# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES of AMERICA | : | CR. 18 - 642(PGS) |
| V. | : | ORDER |
| ALIX BINOT | : | |

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel.

It is on this 8th, day of November 2018,

O R D E R E D that Federal Public Defender BRIAN REILLY, AFPD for the District of New Jersey, is hereby appointed to represent said defendant in this cause until further order of the Court.

_____
PETER G. SHERIDAN, U.S.D.J.

cc: Petitioner
    Federal Public Defender